UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-21578-CIV-WILLIAMS

JANETH MOREIRA,

    Plaintiff,

vs.

FAST 6 OF AMERICA NATIONWIDE
SERVICES INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report on the Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "***Report***"). (DE 25.) After reviewing the Parties' Settlement Agreement, Judge McAliley determined that the Settlement Agreement, including the amount designated as fees for Plaintiff's counsel, was fair and reasonable. (*Id.*) Accordingly, Judge McAliley recommends that the Court grant the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice. (*Id.*) The Parties did not file any objections to Judge McAliley's Report, and the time period to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 25) are **AFFIRMED AND ADOPTED**.
2. The Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (DE 21) is **GRANTED**.

3. The Parties' Settlement Agreement is **APPROVED**.

4. The Court will retain jurisdiction through January 15, 2023 to enforce the Settlement Agreement, if necessary.

5. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of October, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE